**In re Francis BLANCHE, Michel Couder, Nicolas Maestrali, Thierry Guillemin and David Gaillic.**

**No. 2011–1580
(Serial No. 11/582,427).**

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2011.

Matthew J. Dowd, Wiley Rein LLP, Washington, DC, for Francis Blanche, Michel Couder, Nicolas Maestrali, Thierry Guillemin and David Gaillic.

**ON MOTION**

**ORDER**

The appellants move to withdraw and dismiss the present appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.